UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DENISE CRUMWELL,

                Plaintiff,

     - against -

DARWIN AND WALLACE, LLC,

                Defendant.

23-cv-1754 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The time to respond to the complaint is extended to **May 10, 2023.** If the defendant fails to respond by that date, the plaintiff may move by order to show cause for a default judgment by **May 31, 2023.** If the plaintiff fails to move for a default judgment by that date, the case will be dismissed without prejudice for failure to prosecute.

SO ORDERED.

Dated:    New York, New York
            April 26, 2023

                                                   John G. Koeltl
                                       United States District Judge