UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DENISE CRUMWELL,

                              Plaintiff,

- against -

DARWIN AND WALLACE, LLC,

                              Defendant.

23-cv-1754 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    On April 27, 2023, the Court directed the plaintiff to move by order to show cause for a default judgment by May 31, 2023, and advised that if the plaintiff failed to do so by that date, the case would be dismissed without prejudice for failure to prosecute. ECF No. 7.

    To date, the plaintiff has failed to move by order to show cause for a default judgment. Accordingly, this case is **dismissed without prejudice** for failure to prosecute.

    The Clerk is directed to close this case and all pending motions.

SO ORDERED.

Dated:    New York, New York
            June 5, 2023

                                                John G. Koeltl
                                    United States District Judge